08 CV 5547

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KAYE SCHOLER LLP, :
: No.
               Plaintiff, :
:
    - against - :
:
CNA HOLDINGS, INC. and CELANESE :
AMERICAS CORPORATION, :
:
             Defendants. :
-------------------------------------------------------------x

RECEIVED JUN 19 2008 U.S.D.C. S.D. N.Y. CASHIERS

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff certifies that Kaye Scholer LLP has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       June 19, 2008

                                                    Aaron Rubinstein
                                                    KAYE SCHOLER LLP
                                                    425 Park Avenue
                                                    New York, NY 10022
                                                    (212) 836-8000
                                                    *Attorney for Plaintiff*

**OF COUNSEL**
John K. Villa
David S. Blatt
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 2005
(202) 434-5000

31298643.WPD