|  | COURT | UNITED STATES DISTRICT COURT |
|--|-------|------------------------------|

COUNTY OF  SOUTHERN DISTRICT OF NEW YORK

**Index No. 08 CV 5547**

KAYE SCHOLER LLP,

*Plaintiff(s)*

against

CNA HOLDINGS INC. and CELANESE AMERICAS CORPORATION

*Defendant(s)*

*AFFIDAVIT OF*
*SERVICE OF SUMMONS*
*(AND COMPLAINT)*
IN A CIVIL CASE, CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF NAOMI
REICE BUCHWALD AND ELECTRONIC CASE
FILING RULES & INSTRUCTIONS

TEXAS
STATE OF ~~NEW YORK~~, COUNTY OF DALLAS         SS:   The undersigned, being duly sworn, deposes and says: deponent is not a
party herein, is over 18 years of age and resides at   DALLAS, TEXAS
That on   JUNE 19, 2008   at 2:23 P.M., at   350 NORTH ST. PAUL STREET, DALLAS, TEXAS
deponent served the within summons, *and complaint on*   CELANESE AMERICAS CORPORATION                    defendant therein named,
AND ABOVE STATED DOCUMENTS         c/o CT CORPORATION SYSTEM,
                                    REGISTERED AGENT

**INDIVIDUAL 1.** ☐  by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as
said defendant therein.

**CORPORATION 2.** ☒  a   DOMESTIC          , by delivering thereat a true copy *of each* to   WILMA TYLER
personally, deponent knew said          so served to be the          described in said summons as said defendant and
knew said individual to be   MANAGING AGENT          thereof.

**SUITABLE AGE PERSON 3.** ☐  by delivering thereat a true copy *of each* to                    a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐  by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—
usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age
and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to
defendant at defendant's last known residence, at                    and deposited
said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore
the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the
communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| ☐ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
|  | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
|  | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
|  | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐  The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional
legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any
capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of
my information and the grounds of my belief are the conversations and observations above narrated. Upon information and
belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either
the State or in the Federal statutes.

Sworn to before me on
JUNE 19, 2008

*[signature]*

*[signature]* MELISSA WOOLEY PEREZ
PRINT NAME BENEATH SIGNATURE
MELISSA WOOLEY PEREZ
License No. SC1342

JACKIE T. FRENCH
MY COMMISSION EXPIRES
November 2, 2008

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate *italicized language and military service allegation* if not applicable.