UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYE SCHOLER LLP,<br><br>        Plaintiff,<br><br>-against-<br><br>CNA HOLDINGS, INC. and<br>CELANESE AMERICAS CORPORATION,<br><br>        Defendants. | Case No.: 08 Civ. 5547 (NRB)<br><br>(ECF)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendants CNA Holdings, Inc. and Celanese Americas Corporation.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
          July 9, 2008

                      KASOWITZ, BENSON,
                      TORRES & FRIEDMAN LLP

                      _____
                      Hector Torres (HT-4646)
                      htorres@kasowitz.com

                      1633 Broadway
                      New York, New York 10019
                      Phone: (212) 506-1700
                      Fax: (212) 506-1800

                      Attorney for Defendants
                      CNA HOLDINGS, INC. AND
                      CELANESE AMERICAS
                      CORPORATION