KASOWITZ, BENSON,
  TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
Hector Torres
Marc E. Kasowitz
Daniel R. Benson
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAYE SCHOLER LLP, | |
|        Plaintiff, | ECF Case |
| -against- | Case No.: 08 Civ. 5547 (NRB) |
| CNA HOLDINGS, INC. AND CELANESE AMERICAS CORPORATION, | RULE 7.1 <u>DISCLOSURE STATEMENT</u> |
|        Defendants. | |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants CNA Holdings, Inc. and Celanese Americas Corporation (collectively, "Celanese"), by and through their undersigned counsel, file this Corporate Disclosure Statement and certify the following:

      1.    Defendant CNA Holdings, Inc. is a corporation organized under the laws of the State of Delaware and maintains its principal place of business in Dallas County, Texas.

      2.    Defendant Celanese Americas Corporation is a corporation organized under the laws of the State of Delaware and maintains its principal place of business in Dallas County, Texas.

3.  CNA Holdings, Inc. is the wholly-owned subsidiary of Celanese Americas Corporation.

4.  Celanese Americas Corporation is not a publicly-held corporation.

5.  Celanese Americas Corporation is the wholly-owned indirect subsidiary of Celanese Corporation, which is a publicly-held corporation.

Dated: New York, New York
July 9, 2008

                                           KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                           By: /s/ Hector Torres
                                               Hector Torres
                                               htorres@kasowitz.com
                                               1633 Broadway
                                               New York, New York  10019
                                               (212) 506-1700

                                           *Attorney for Defendants*
                                           CNA Holdings, Inc. and
                                           Celanese Americas Corporation