UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAYE SCHOLER LLP,

        Plaintiff,

-against-

CNA HOLDINGS, INC. and
CELANESE AMERICAS CORPORATION,

        Defendants.

Case No.: 08 Civ. 5547 (NRB)

(ECF)

**NOTICE OF APPEARANCE**

---

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendants CNA Holdings, Inc. and Celanese Americas Corporation.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 9, 2008

                KASOWITZ, BENSON,
                  TORRES & FRIEDMAN LLP

                /s/ Marc E. Kasowitz
                Marc E. Kasowitz (MK-2597)
                mkasowitz@kasowitz.com
                1633 Broadway
                New York, New York 10019
                Phone: (212) 506-1700
                Fax: (212) 506-1800

                Attorney for Defendants
                CNA HOLDINGS, INC. AND
                CELANESE AMERICAS
                CORPORATION