UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYE SCHOLER LLP,<br><br>        Plaintiff,<br><br>-against-<br><br>CNA HOLDINGS, INC. and<br>CELANESE AMERICAS CORPORATION,<br><br>        Defendants. | Case No.: 08 Civ. 5547 (NRB)<br><br>(ECF)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendants CNA Holdings, Inc. and Celanese Americas Corporation.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 9, 2008

                                          KASOWITZ, BENSON,
                                            TORRES & FRIEDMAN LLP

                                            */s/ Daniel R. Benson*
                                            Daniel R. Benson (DB-6587)
                                            dbenson@kasowitz.com
                                            1633 Broadway
                                            New York, New York 10019
                                            Phone: (212) 506-1700
                                            Fax: (212) 506-1800

                                            Attorney for Defendants
                                            CNA HOLDINGS, INC. AND
                                            CELANESE AMERICAS
                                            CORPORATION