```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAYE SCHOLER LLP,                                    :

                           Plaintiff,              :

       v.                                               :         No. 08-CV-5547 (NRB)

CNA HOLDINGS INC. AND CELANESE
AMERICAS CORPORATION,                           :

                        Defendants.           :
------------------------------------------------------------X

## JOINT STIPULATION AND ORDER

       Plaintiff Kaye Scholer LLP and defendants CNA Holdings, Inc. and Celanese Americas Corporation hereby stipulate as follows.

1. On July 7, 2008, Kaye Scholer LLP filed a Motion to Dismiss For Lack of Personal Jurisdiction or, Alternatively, to Transfer ("Motion to Dismiss or Transfer") in a case entitled CNA Holdings, Inc. and Celanese Americas Corp. v. Kaye Scholer LLP, Robert B. Bernstein, and Michael D. Blechman, No. 3:08-CV-1032-B, pending in the Northern District of Texas ("Northern District of Texas case").

2. The claims brought in the present action before this Court relate to claims brought in the Northern District of Texas case.

3. This case shall be stayed pending resolution of Kaye Scholer LLP's Motion to Dismiss or Transfer in the Northern District of Texas case.

4. Defendants CNA Holdings, Inc. and Celanese Americas Corporation need not answer or otherwise respond to the Complaint in this case until after the resolution of Kaye Scholer LLP's Motion to Dismiss or Transfer in the Northern District of Texas case, unless otherwise ordered by this Court.

5. Kaye Scholer LLP shall submit to this Court any order or opinion from the Northern District of Texas case resolving its Motion to Dismiss or Transfer. Defendants CNA Holdings, Inc. and Celanese Americas Corporation shall have 20 days, from the date of that submission to this Court, to answer or otherwise to respond to Kaye Scholer LLP's Complaint in this case.

Respectfully submitted,

| | |
|---|---|
| Kaye Scholer LLP | Kasowitz Benson Torres & Friedman LLP |
| *Aaron Rubinstein/ps* | |
| Aaron Rubinstein | Hector Torres |
| 425 Park Avenue | 1633 Broadway |
| New York, NY 10022-3598 | New York, NY 10010 |
| (212) 836-8000 | (212) 506-1700 |
| Counsel for Plaintiff | Counsel for Defendants |
| Kaye Scholer LLP | CNA Holdings, Inc. and Celanese Americas Corporation |

Dated: July 8, 2008

IT IS SO ORDERED:

*/s/ Naomi Reice Buchwald*

Dated: July __/2008

Naomi R. Buchwald
United States District Judge

2

5. Kaye Scholer LLP shall submit to this Court any order or opinion from the Northern District of Texas case resolving its Motion to Dismiss or Transfer. Defendants CNA Holdings, Inc. and Celanese Americas Corporation shall have 20 days, from the date of that submission to this Court, to answer or otherwise to respond to Kaye Scholer LLP's Complaint in this case.

Respectfully submitted,

| | |
|---|---|
| Kaye Scholer LLP | Kasowitz Benson Torres & Friedman LLP |
| _____ | _____ |
| Aaron Rubenstein | Hector Torres |
| 425 Park Avenue | 1633 Broadway |
| New York, NY 10022-3598 | New York, NY 10010 |
| (212) 836-8000 | (212) 506-1700 |
| | |
| Counsel for Plaintiff | Counsel for Defendants |
| Kaye Scholer LLP | CNA Holdings, Inc. and Celanese Americas Corporation |

Dated: July 8, 2008

**IT IS SO ORDERED:**

Dated: July __, 2008         _____
                             Naomi R. Buchwald
                             United States District Judge

2