# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

KAYE SCHOLER LLP,

                    Plaintiff,

    -against-

CNA HOLDINGS, INC. and
CELANESE AMERICAS CORPORATION,

                Defendants.

Case No.: 08 Civ. 5547 (NRB)

(ECF)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendants CNA Holdings, Inc. and Celanese Americas Corporation.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        July 22, 2008

                KASOWITZ, BENSON,
                  TORRES & FRIEDMAN LLP

                Noelle Kowalczyk (NK-4989)
                nkowalczyk@kasowitz.com
                1633 Broadway
                New York, New York  10019
                Phone:  (212) 506-1700
                Fax:  (212) 506-1800

                Attorney for Defendants
                CNA HOLDINGS, INC. AND
                CELANESE AMERICAS
                CORPORATION