UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KAYE SCHOLER LLP,<br><br>    Plaintiff,<br><br>-against-<br><br>CNA HOLDINGS, INC. and<br>CELANESE AMERICAS CORPORATION,<br><br>    Defendants. | Case No.: 08 Civ. 5547 (NRB)<br><br>(ECF)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  Enter my appearance as counsel in this case for Defendants CNA Holdings, Inc. and Celanese Americas Corporation.

  I certify that I am admitted to practice in this Court.

Dated: New York, New York
   July 22, 2008

              KASOWITZ, BENSON,
                TORRES & FRIEDMAN LLP

              */s/ Lauren E. Sable*
              Lauren E. Sable (LS-0511)
              lsable@kasowitz.com
              1633 Broadway
              New York, New York 10019
              Phone: (212) 506-1700
              Fax: (212) 506-1800

              Attorney for Defendants
              CNA HOLDINGS, INC. AND
              CELANESE AMERICAS
              CORPORATION